No. 64705.—Joseph S. Finch & Co. et al. *v.* United States, protests 132812–K, etc. (Pittsburgh).

Opinion by Richardson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 64706.—Cavalier Shipping Company, Inc. *v.* United States, protests 59/9078 and 59/21346 (Norfolk).

Opinion by Richardson, J. In accordance with stipulation of counsel that the collector converted the currency of the invoices into United States dollars at the official rate of exchange, as certified by the Federal Reserve bank, rather than the free rate of exchange certified for the dates of exportation, the claim of the plaintiff was sustained.

No. 64707.—Witkowski NY Agency Inc., and J. J. Gavin & Co., Inc. *v.* United States, protests 59/11438 and 266767–K (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of flashgun socket adapters the same in all material respects as those the subject of *Witkowski New York Agency, Inc., et al.* v. *United States* (42 Cust. Ct. 84, C.D. 2069), the claim of the plaintiffs was sustained.